UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERALYN RENEA EVANS,<br><br>   Plaintiff,<br><br>  v.<br><br>PRESTON GILMORE, et al.,<br><br>   Defendants. | Case No. 15-cv-01772-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On April 20, 2015, Plaintiff Teralyn Renea Evans filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Maria Elena James to determine whether it is related to *Evans et al. v. Gilmore et al.*, 03-00643 MEJ.

**IT IS SO ORDERED.**

Dated: April 23, 2015

                     Donna M. Ryu<br>                 United States Magistrate Judge