Name: Teralyn Renea Evans
Address: 13605 E. Bulah Ave.
Parlier, CA 93648
Phone Number: 510-680-8263
E-mail Address: teralyn.r@sbcglobal.net

*Pro Se*

**FILED**
MAY 18 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TERALYN RENEA EVANS

           Plaintiff,

vs.

PRESTON GILMORE, et al.,

           Defendant.

Case Number: 15-cv-01772-MEJ

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge: Maria-Elena James

As the (*Plaintiff/Defendant*) Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   [✔] A computer with internet access;
   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [✔] A scanner to convert documents that are only in paper format into electronic files;
   [ ] A printer or copier to create to create required paper copies such as chambers copies;
   [✔] A word-processing program to create documents; and
   [ ] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: May 2, 2015          Signature: [signature]

Teralyn Evans
36038 E. Bulah Ave.
Pawlier, CA 93648

Office of the Clerk
450 Golden Gate Ave.
San Francisco, CA 94102-3489

FRESNO CA 936
14 MAY 2015 PM 1 L

