UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERALYN RENEA EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESTON GILMORE, et al.,<br><br>    Defendants. | Case No. 15-cv-01772-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. No. 22 |

Pending before the Court is City of Richmond's Motion to Dismiss. Dkt. No. 22. No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. Defendant shall immediately submit a chambers copy of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

    **IT IS SO ORDERED.**

Dated: July 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge