UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERALYN RENEA EVANS,<br><br>        Plaintiff,<br><br>   v.<br><br>PRESTON GILMORE, et al.,<br><br>        Defendants. | Case No.  15-cv-01772-MEJ<br><br>**DISCOVERY ORDER** |

Counsel for defendant Contra Costa County sought the Court's assistance during the deposition of plaintiff Teralyn Evans.  The Court understands Plaintiff's father, Charles Evans II, wants to attend his daughter's deposition.  The Court further understands Mr. Evans is scheduled to be deposed next week as a witness.  Because Plaintiff is an adult (Compl. ¶ 3), and because her father is a witness in the action, the Court **ORDERS** Mr. Evans be excluded from the deposition.

Should Plaintiff refuse to participate in the deposition today on the ground her father has been excluded from the deposition, Plaintiff shall be responsible for the fees and costs defendants have incurred today, and may be subject to further sanctions.

**IT IS SO ORDERED.**

Dated: **August 12, 2016**

_____
MARIA-ELENA JAMES
United States Magistrate Judge